Sandford L. Frey (SBN 117058)
Stuart I. Koenig (SBN 102764)
**CREIM MACIAS KOENIG & FREY LLP**
633 West Fifth Street, 48th Floor
Los Angeles, CA 90071
Telephone: (213) 614-1944
Facsimile: (213) 614-1961
sfrey@cmkllp.com
skoenig@cmkllp.com

Reorganization Attorneys for 315 Arden, LLC,
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### [LOS ANGELES DIVISION]

| | |
|---|---|
| In re<br><br>**315 ARDEN, LLC,**<br><br>           Debtor and Debtor-in-Possession. | CASE NO.: 2:15-bk-26483-BR<br><br>Chapter 11<br><br>**ANALYSIS OF BALLOTS FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION PROPOSED BY DEBTOR, 315 ARDEN, LLC; DECLARATION OF KELLI NIELSEN IN SUPPORT THEREOF**<br><br>***Confirmation Hearing***<br>DATE:      June 7, 2016<br>TIME:       10:00 a.m.<br>CTRM.:     1668 |

1  315 Arden, LLC, debtor and debtor in possession ("Debtor") in this chapter 11 bankruptcy case, hereby files its Analysis of Ballots for Accepting or Rejecting its *Plan of Reorganization Proposed by Debtor, 315 Arden, LLC* ("Plan") as set forth in the declaration of the Ballot Tabulator attached below.

DATED: May 31, 2016

CREIM MACIAS KOENIG & FREY LLP

By:  /s/ Stuart I. Koenig
     STUART I. KOENIG
Reorganization Attorneys for 315 Arden, LLC,
Debtor and Debtor in Possession

## DECLARATION OF KELLI NIELSEN

I, Kelli Nielsen, hereby declare as follows:

1. I am over 18 years of age. Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

2. I am an employee with the law firm of Creim Macias Koenig & Frey, LLP, reorganization counsel for the Debtor[1] in this chapter 11 bankruptcy case.

3. Pursuant to the Plan, I was designated to be the official Ballot Tabulator for the Debtor. In that capacity, I was responsible for receiving and tabulating the Ballots to the Plan.

4. In the regular and ordinary course of business of Debtor's Counsel, the mail respecting the Debtor's case was routed to me. I personally opened the envelopes and collected the Ballots.

5. I have reviewed the Ballots and recorded the pertinent information in the chart below. To the best of my knowledge and belief, in this declaration, I have accounted for each and every Ballot received by me whether it was received before or after the Ballot Deadline.

6. The chart below reflects all of the Ballots which I received prior to the Ballot Deadline by any method, including U.S. Mail, Email and Facsimile.

7. I have maintained the original Ballots in my possession. True and correct copies of each and every Ballot received by me are attached hereto as follows: (i) *Exhibit A* for Class 3; (ii) *Exhibit B* for Class 4; and (iii) *Exhibit C* for Class 5.

9. My specific findings with regard to the *timely* acceptances or rejections of the Plan are tabulated in the following chart:

| *Class* | *Voting Status/Results* | *Number Accepting* | *Number Rejecting* | *Amount Accepting* | *Amount Rejecting* |
|---|---|---|---|---|---|
| *Class 1* | *Unimpaired* | *0* | *0* | *$0* | *$0* |
| *Class 2* | *Impaired* | *0* | *0* | *$0* | *$0* |

---

[1] Capitalized terms shall have the meaning ascribed to them in the Plan or in the above pleading, unless otherwise defined herein.

| *Class* | *Voting Status/Results* | *Number Accepting* | *Number Rejecting* | *Amount Accepting* | *Amount Rejecting* |
|---|---|---|---|---|---|
| *Class 3* | *100 % Accepting* | *6* | *0* | *$122,488.83* | *$0* |
| *Class 4* | *100 % Accepting* | *1* | *0* | *$137,260.00* | *$0* |
| *Class 5* | *100 % Accepting* | *1* | *0* | *$2,500.00* | *$0* |

10. To the best of my knowledge and belief, I have received no Ballots (timely or late filed) voting to reject the Plan.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct, and that this declaration is executed on May ⅔, 2016, in Los Angeles, California.



KELLI NIELSEN

CREIM MACIAS KOENIG & FREY LLP
633 WEST FIFTH STREET, 48TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 614-1944

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:15-bk-26483-BR |
| ARDEN, LLC | CHAPTER 11 |
| Debtor and Debtor-in-Possession | |

BALLOT

FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION DATED [...]
[...] PLAN")

STEP 1.    AMOUNT OF CLAIM. THE UNDERSIGNED HOLDS A CLAIM AGAINST ARDEN, LLC
         THE DEBTOR IN CONNECTION IN THE AMOUNT OF $_____

STEP 2.    VOTING. THE UNDERSIGNED VOTES TO THE PLAN AND ELECT AS [...] MAY THE PLAN AS FOLLOWS:

         [X] ACCEPT THE PLAN             [ ] REJECT THE PLAN

         YOU MAY CHECK ONLY ONE BOX. IF YOU CHECK NO BOX YOUR VOTE WILL BE DISREGARDED. YOUR VOTE WILL ALSO NOT COUNT IF
         YOU CHECK BOTH BOXES.

STEP 3.    CREDITOR INFORMATION AND SIGNATURE. BY SIGNING THIS BALLOT, YOU ACKNOWLEDGE THAT YOU RECEIVED A
         [...]

         SIGNATURE: _____

         BY (IF THE SIGNATORY IS AN AGENT): NAME AND TITLE
         ED SHALDEN (PRINTED)

         DATE SIGNED: 5/23/2016

STEP 4.    SUBMISSION OF BALLOT. YOU MUST RETURN THIS BALLOT TO THE BALLOT TABULATOR AT THE FOLLOWING ADDRESS
         SO IT IS RECEIVED BY NO LATER THAN 5:00 P.M. PACIFIC TIME ON MAY 23, 2016: C/O CREIM MACIAS KOENIG & FREY LLP,
         NIELSEN, BALLOT TABULATOR, 633 WEST FIFTH STREET, 65TH FLOOR, LOS ANGELES, CALIFORNIA 90071, FACSIMILE [...]
         PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE.

_(INSTRUCTIONS CONTINUE ON NEXT PAGE)_

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| IN RE: | CASE NO.: 2:15-BK-26483-BR |
|---|---|
| 315 ARDEN, LLC, | CHAPTER 11 |
| DEBTOR AND DEBTOR IN POSSESSION | |

BALLOT

FOR ACCEPTING OR REJECTING THE:

*PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC*
*(THE "PLAN")*

STEP 1.   AMOUNT OF CLAIM. THE UNDERSIGNED ENTITY HOLDS A CLASS ___ CLAIM ( 4-1 ) AGAINST 315 ARDEN, LLC ("DEBTOR"), THE ABOVE-REFERENCED DEBTOR IN THE AMOUNT OF $ 10,664.48

STEP 2.   VOTING. WITH RESPECT TO THE PLAN, AND THE CLASS ___ CLAIM, SUCH CLAIMANT HEREBY VOTES TO:

☒ ACCEPT THE PLAN            ☐ REJECT THE PLAN

*YOU MAY CHECK ONLY ONE BOX IN STEP 2. YOUR VOTE WILL BE DEEMED TO ACCEPT THE PLAN IF YOU DO NOT CHECK A BOX OR IF YOU CHECK BOTH BOXES.*

STEP 3.   CREDITOR INFORMATION AND SIGNATURE. BY SIGNING THIS BALLOT, YOU ACKNOWLEDGE THAT YOU RECEIVED A COPY OF THE *DISCLOSURE STATEMENT DESCRIBING PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC*.

SIGNATURE: *Jessica Short*

IF BY AUTHORIZED AGENT, NAME AND TITLE: *Bankruptcy Specialist*
(PRINT OR TYPE)

DATE COMPLETED: 5-19-16

STEP 4.   SUBMISSION OF BALLOT. YOU MUST RETURN THIS BALLOT TO THE BALLOT TABULATOR AT THE FOLLOWING ADDRESS SO THAT IT IS RECEIVED BY NO LATER THAN 5:00 P.M. PACIFIC TIME ON MAY 23, 2016 TO: CREIM MACIAS KOENIG & FREY LLP, ATTN: KELLI NIELSEN, BALLOT TABULATOR, 633 WEST FIFTH STREET, 48TH FLOOR, LOS ANGELES, CALIFORNIA 90071, FACSIMILE (213) 614-1961. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE.

*(INSTRUCTIONS CONTINUE ON NEXT PAGE)*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| IN RE: | CASE NO.: 2:15-BK-26483-BR |
|---|---|
| 315 ARDEN, LLC, | CHAPTER 11 |
| DEBTOR AND DEBTOR IN POSSESSION | |

BALLOT

FOR <u>ACCEPTING</u> OR <u>REJECTING</u> THE:

*PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC*
*(THE "PLAN")*

STEP 1.   AMOUNT OF CLAIM. THE UNDERSIGNED ENTITY HOLDS A CLASS ___ CLAIM (_____) AGAINST 315 ARDEN, LLC ("DEBTOR"), THE ABOVE-REFERENCED DEBTOR IN THE AMOUNT OF $ 18,250.

STEP 2.   VOTING. WITH RESPECT TO THE PLAN, AND THE CLASS ___ CLAIM, SUCH CLAIMANT HEREBY VOTES TO:

☒ ACCEPT THE PLAN         ☐ REJECT THE PLAN

*YOU MAY CHECK ONLY ONE BOX IN STEP 2. YOUR VOTE WILL BE DEEMED TO ACCEPT THE PLAN IF YOU DO NOT CHECK A BOX OR IF YOU CHECK BOTH BOXES.*

STEP 3.   CREDITOR INFORMATION AND SIGNATURE. BY SIGNING THIS BALLOT, YOU ACKNOWLEDGE THAT YOU RECEIVED A COPY OF THE DISCLOSURE STATEMENT DESCRIBING PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC.

SIGNATURE: [signature]

IF BY AUTHORIZED AGENT, NAME AND TITLE:

Reynolds Cafferata, Partner, Rodriguez Horii Choi & Cafferata LLP
(PRINT OR TYPE)

DATE COMPLETED: 5/19/16

STEP 4.   SUBMISSION OF BALLOT. YOU MUST RETURN THIS BALLOT TO THE BALLOT TABULATOR AT THE FOLLOWING ADDRESS SO THAT IT IS RECEIVED BY NO LATER THAN **5:00 P.M. PACIFIC TIME ON MAY 23, 2016** TO: CREIM MACIAS KOENIG & FREY LLP, ATTN: KELLI NIELSEN, BALLOT TABULATOR, 633 WEST FIFTH STREET, 48TH FLOOR, LOS ANGELES, CALIFORNIA 90071, FACSIMILE (213) 614-1961. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE.

**<u>(INSTRUCTIONS CONTINUE ON NEXT PAGE)</u>**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:                                          | CASE NO. 2:15-bk-26483-BR
315 ARDEN, LLC                                  | CHAPTER 11
Debtor and Debtor in Possession                 |

## BALLOT

FOR ACCEPTING OR REJECTING THE

PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC
DATED [...]

**STEP 1.** AMOUNT OF CLAIM. The undersigned hereby certifies that it holds a claim in the amount of $_____ against 315 Arden, LLC, Debtor, for [...]

**STEP 2.** VOTING. [...]

[X] ACCEPT THE PLAN                    [ ] REJECT THE PLAN

YOU MAY CHECK ONLY ONE BOX IN STEP 2. YOUR VOTE WILL BE DEEMED TO ACCEPT THE PLAN IF YOU DO NOT CHECK A BOX OR YOU CHECK BOTH BOXES.

**STEP 3.** CREDITOR INFORMATION AND SIGNATURE. By signing this ballot, you acknowledge that you received a copy of the [...]

_____
[Signature]
IF BY AUTHORIZED AGENT, NAME AND TITLE

_____
CREDITOR NAME

DATE COMPLETED: 5/15/16

**STEP 4.** SUBMISSION OF BALLOT. You must return this ballot to the ballot tabulator at the following address so that it is received no later than 5:00 P.M. Pacific Time on May 23, 2016 [...] Nielsen, Ballot Tabulator, [...] West Fifth Street, [...] Floor, Los Angeles, California 90071, Facsimile (213) [...]

*(INSTRUCTIONS CONTINUE ON NEXT PAGE)*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| IN RE:                                       | CASE NO.: 2:15-BK-26483-BR |
|----------------------------------------------|----------------------------|
| **315 ARDEN, LLC,**                          | CHAPTER 11                 |
| DEBTOR AND DEBTOR IN POSSESSION              |                            |

**BALLOT**

FOR <u>ACCEPTING</u> OR <u>REJECTING</u> THE:

*PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC*
*(THE "PLAN")*

STEP 1.   AMOUNT OF CLAIM. THE UNDERSIGNED ENTITY HOLDS A CLASS **3** CLAIM (_____) AGAINST 315 ARDEN, LLC ("DEBTOR"), THE ABOVE-REFERENCED DEBTOR IN THE AMOUNT OF $ **6,000**.

STEP 2.   VOTING. WITH RESPECT TO THE PLAN, AND THE CLASS ___ CLAIM, SUCH CLAIMANT HEREBY VOTES TO:

☒   **ACCEPT** THE PLAN        ☐   **REJECT** THE PLAN

*YOU MAY CHECK ONLY ONE BOX IN STEP 2. YOUR VOTE WILL BE DEEMED TO ACCEPT THE PLAN IF YOU DO NOT CHECK A BOX OR IF YOU CHECK BOTH BOXES.*

STEP 3.   CREDITOR INFORMATION AND SIGNATURE. BY SIGNING THIS BALLOT, YOU ACKNOWLEDGE THAT YOU RECEIVED A COPY OF THE *DISCLOSURE STATEMENT DESCRIBING PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC.*

SIGNATURE: _[signature]_

IF BY AUTHORIZED AGENT, NAME AND TITLE:
SOBEL, PRIMES & SCHENKEL, CPA'S, APC
CHRISTOPHER MORRIS, TREASURER
*(PRINT OR TYPE)*

DATE COMPLETED: **May 23, 2016**

STEP 4.   SUBMISSION OF BALLOT. YOU MUST RETURN THIS BALLOT TO THE BALLOT TABULATOR AT THE FOLLOWING ADDRESS SO THAT IT IS RECEIVED BY NO LATER THAN **5:00 P.M. PACIFIC TIME ON MAY 23, 2016** TO: CREIM MACIAS KOENIG & FREY LLP, ATTN: KELLI NIELSEN, BALLOT TABULATOR, 633 WEST FIFTH STREET, 48TH FLOOR, LOS ANGELES, CALIFORNIA 90071, FACSIMILE (213) 614-1961. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE.

*(INSTRUCTIONS CONTINUE ON NEXT PAGE)*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| IN RE: | CASE NO.: 2:15-BK-26483-BR |
|---|---|
| 315 ARDEN, LLC, | CHAPTER 11 |
| DEBTOR AND DEBTOR IN POSSESSION | |

BALLOT

FOR ACCEPTING OR REJECTING THE:

*PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC*
*(THE "PLAN")*

STEP 1.    AMOUNT OF CLAIM. THE UNDERSIGNED ENTITY HOLDS A CLASS ___ CLAIM (_____) AGAINST 315 ARDEN, LLC ("DEBTOR"), THE ABOVE-REFERENCED DEBTOR IN THE AMOUNT OF $ 23,023.90.

STEP 2.    VOTING. WITH RESPECT TO THE PLAN, AND THE CLASS ___ CLAIM, SUCH CLAIMANT HEREBY VOTES TO:

☒ ACCEPT THE PLAN        ☐ REJECT THE PLAN

*YOU MAY CHECK ONLY ONE BOX IN STEP 2. YOUR VOTE WILL BE DEEMED TO ACCEPT THE PLAN IF YOU DO NOT CHECK A BOX OR IF YOU CHECK BOTH BOXES.*

STEP 3.    CREDITOR INFORMATION AND SIGNATURE. BY SIGNING THIS BALLOT, YOU ACKNOWLEDGE THAT YOU RECEIVED A COPY OF THE *DISCLOSURE STATEMENT DESCRIBING PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC*.

SIGNATURE: [signature]

IF BY AUTHORIZED AGENT, NAME AND TITLE: Timothy D. McGonigle
(PRINT OR TYPE)

DATE COMPLETED: 5/23/16

STEP 4.    SUBMISSION OF BALLOT. YOU MUST RETURN THIS BALLOT TO THE BALLOT TABULATOR AT THE FOLLOWING ADDRESS SO THAT IT IS RECEIVED BY NO LATER THAN **5:00 P.M. PACIFIC TIME ON MAY 23, 2016** TO: CREIM MACIAS KOENIG & FREY LLP, ATTN: KELLI NIELSEN, BALLOT TABULATOR, 633 WEST FIFTH STREET, 48TH FLOOR, LOS ANGELES, CALIFORNIA 90071, FACSIMILE (213) 614-1961. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE.

**(INSTRUCTIONS CONTINUE ON NEXT PAGE)**

**EXHIBIT "B"**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| IN RE: | CASE NO.: 2:15-BK-26483-BR |
|---|---|
| 315 ARDEN, LLC, | CHAPTER 11 |
| DEBTOR AND DEBTOR IN POSSESSION | |

BALLOT

FOR ACCEPTING OR REJECTING THE:

PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC
(THE "PLAN")

STEP 1.   AMOUNT OF CLAIM. THE UNDERSIGNED ENTITY HOLDS A CLASS 4 CLAIM (_____) AGAINST 315 ARDEN, LLC ("DEBTOR"), THE ABOVE-REFERENCED DEBTOR IN THE AMOUNT OF $137,260.00

STEP 2.   VOTING. WITH RESPECT TO THE PLAN, AND THE CLASS 4 CLAIM, SUCH CLAIMANT HEREBY VOTES TO:

   XX   ACCEPT THE PLAN            ☐   REJECT THE PLAN

*YOU MAY CHECK ONLY ONE BOX IN STEP 2. YOUR VOTE WILL BE DEEMED TO ACCEPT THE PLAN IF YOU DO NOT CHECK A BOX OR IF YOU CHECK BOTH BOXES.*

STEP 3.   CREDITOR INFORMATION AND SIGNATURE. BY SIGNING THIS BALLOT, YOU ACKNOWLEDGE THAT YOU RECEIVED A COPY OF THE *DISCLOSURE STATEMENT DESCRIBING PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC.*

SIGNATURE: _[signature]_

IF BY AUTHORIZED AGENT, NAME AND TITLE:
Tzepah Freedland on behalf of the
Daniel & Judith Arnall Family Trust
(PRINT OR TYPE)

DATE COMPLETED: 5/23/16

STEP 4.   SUBMISSION OF BALLOT. YOU MUST RETURN THIS BALLOT TO THE BALLOT TABULATOR AT THE FOLLOWING ADDRESS SO THAT IT IS RECEIVED BY NO LATER THAN 5:00 P.M. PACIFIC TIME ON MAY 23, 2016 TO: CREIM MACIAS KOENIG & FREY LLP, ATTN: KELLI NIELSEN, BALLOT TABULATOR, 633 WEST FIFTH STREET, 48TH FLOOR, LOS ANGELES, CALIFORNIA 90071, FACSIMILE (213) 614-1961. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE.

*(INSTRUCTIONS CONTINUE ON NEXT PAGE)*

**EXHIBIT "C"**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>LOS ANGELES DIVISION</u>

| IN RE: | CASE NO.: 2:15-BK-26483-BR |
|---|---|
| 315 ARDEN, LLC, | CHAPTER 11 |
| DEBTOR AND DEBTOR IN POSSESSION | |

BALLOT

FOR <u>ACCEPTING</u> OR <u>REJECTING</u> THE:

*PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC*
*(THE "PLAN")*

STEP 1.   AMOUNT OF CLAIM. THE UNDERSIGNED ENTITY HOLDS A CLASS  5  CLAIM (_____) AGAINST 315 ARDEN, LLC ("DEBTOR"), THE ABOVE-REFERENCED DEBTOR IN THE AMOUNT OF $  2,500.00  .

STEP 2.   VOTING. WITH RESPECT TO THE PLAN, AND THE CLASS  5  CLAIM, SUCH CLAIMANT HEREBY VOTES TO:

   [x]   **ACCEPT** THE PLAN            [ ]   **REJECT** THE PLAN

*YOU MAY CHECK ONLY ONE BOX IN STEP 2. YOUR VOTE WILL BE DEEMED TO ACCEPT THE PLAN IF YOU DO NOT CHECK A BOX OR IF YOU CHECK BOTH BOXES.*

STEP 3.   CREDITOR INFORMATION AND SIGNATURE. BY SIGNING THIS BALLOT, YOU ACKNOWLEDGE THAT YOU RECEIVED A COPY OF THE *DISCLOSURE STATEMENT DESCRIBING PLAN OF REORGANIZATION PROPOSED BY 315 ARDEN, LLC.*

SIGNATURE: *[signature]*

IF BY AUTHORIZED AGENT, NAME AND TITLE:

Tzepah Freedland
*(PRINT OR TYPE)*

DATE COMPLETED:  May 23, 2016

STEP 4.   SUBMISSION OF BALLOT. YOU MUST RETURN THIS BALLOT TO THE BALLOT TABULATOR AT THE FOLLOWING ADDRESS SO THAT IT IS RECEIVED BY NO LATER THAN **5:00 P.M. PACIFIC TIME ON MAY 23, 2016** TO: CREIM MACIAS KOENIG & FREY LLP, ATTN: KELLI NIELSEN, BALLOT TABULATOR, 633 WEST FIFTH STREET, 48TH FLOOR, LOS ANGELES, CALIFORNIA 90071, FACSIMILE (213) 614-1961. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE.

*(INSTRUCTIONS CONTINUE ON NEXT PAGE)*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

633 W. Fifth Street, 48th Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (specify): **ANALYSIS OF BALLOTS FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION PROPOSED BY DEBTOR, 315 ARDEN, LLC; DECLARATION OF KELLI NIELSEN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 31, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Sandford L. Frey | sfrey@cmkllp.com; knielsen@cmkllp.com |
| Daniel J. Kessler | aburkhalter@bkcglaw.com; ehardeman@bkcglaw.com; rlockwood@bkcglaw.com; lsandoval@bkcglaw.com |
| Stuart I. Koenig | skoenig@cmkllp.com; knielsen@cmkllp.com |
| Ron Maroko | ron.maroko@usdoj.gov |
| Byron Z. Moldo | bmoldo@ecjlaw.com; lpekrul@ecjlaw.com |
| Tomas A. Ortiz | tortiz@garrett-tully.com |
| U.S. Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Michael D. Vanlochem | janguiano@vandc.net |
| Marta C. Wade | mwade@cmkllp.com; knielsen@cmkllp.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) May 31, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 31, 2016 | Kelli Nielsen | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

2. **SERVICE LIST**

315 Arden, LLC
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

L.A. County Tax Collector
Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110

Los Angeles City Clerk
PO Box 53200
Los Angeles, CA 90053-0200

Securities Exchange Commission
444 S Flower St, Ste 900
Los Angeles, CA 90071-2934

Capital One Card Serv
PO Box 30285
Salt Lake City, UT 84130-0285

Christopher Morris CPA
Sobul Prime & Schenkel
12100 Wilshire Blvd Ste 1150
Los Angeles, CA 90025-7117

County of Orange
PO box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

Daniel & Judith Arnall Family Trust
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211-3561

David and Tzepah Freedland
8950 W Olympic Blvd #650
Beverly Hills, CA 90211-3561

Equity Real Estate Services
1702 S Robertson Blvd
Los Angeles, CA 90035-4316

Eugene G Cowan Esq
Bocarsly Emden LLP
633 W Fifth St 64th Fl
Los Angeles, CA 90071-2011

Infiniti of Beverly Hills
8825 Wilshire Blvd
Beverly Hills, CA 90211-2605

Investment Property Exchange
4041 MacArthur Blvd No 400
Newport Beach, CA 92660-2554

Internal Revenue Service
300 N. Los Angeles St, Stop 5022
Los Angeles, CA 90012-3478

Judith Arnall
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211-3561

Larry Langberg & Associates
PO Box 630485
Simi Valley, CA 93063-0009

Law Offices of Timothy D. McGonigle
1880 Century Park East, Suite 516
Los Angeles, CA 90067

~~Luviland Corporation~~
~~319 Collard Way~~
~~Placentia, CA 92870-8217~~
*[Returned Mail – No Forwarding Address]*

Luviland LLC
9761 Calendula Ave
Westminster, CA 92683-6915

Orange County Treasurer
11 Civic Center Plz
Santa Ana, CA 92701-4063

Plumbquest
347 N Sycamore Ave
Los Angeles, CA 90036

Red Mountain Group Inc
c/o Byron Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd, 9th Fl
Beverly Hills, CA 90212

Red Mountain Retail Group Inc
c/o Byron Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd, 9th Fl
Beverly Hills, CA 90212

Reynolds Cafferata, Esq.
Rodriguez Hori Choi & Cafferata LLP
777 S Figueroa St Ste 2150
Los Angeles, CA 90017-5875

Seth I Weissman Esq
Jeffer Mangels Butler Mitchell LLP
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067-4308

Tzepah Freedland
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211-3561

W Linc BP LLC
Attn: Michael H. Mugel, Manager
1234 E 17th Street
Santa Ana, CA 92701-2612

Michael A Chesney
2929 Edinger Ave
Tustin, CA 92780

Lombardo Safford LLP
12424 Wilshire Blvd
Los Angeles, CA 90025

SLBiggs
10960 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

Attn: Warren Berzack
Lee & Associates
15250 Ventura Blvd., Suite 100
Sherman Oaks, CA 91403

ADP LLC / Manager Client Services
P.O. Box 12513
1851 N. Resler Drive
El Paso, TX 79912

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**