1  Sandford L. Frey (SBN 117058)
   Stuart I. Koenig (SBN 102764)
2  **CREIM MACIAS KOENIG & FREY LLP**
   633 West Fifth Street, 48th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 614-1944
4  Facsimile:  (213) 614-1961
   sfrey@cmkllp.com
5  skoenig@cmkllp.com

6  Reorganization Attorneys for 315 Arden, LLC,
   Debtor and Debtor-in-Possession

7

8                 **UNITED STATES BANKRUPTCY COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                      **[LOS ANGELES DIVISION]**

11  In re                                   CASE NO.:  2:15-bk-26483-BR

12  **315 ARDEN, LLC,**                      Chapter 11

13        Debtor and Debtor-in-Possession.   **DECLARATION OF TZEPAH**
                                             **FREEDLAND REGARDING SECOND**
14                                           **AND FINAL FEE APPLICATION**
                                             **OF CREIM MACIAS KOENIG & FREY**
15                                           **REORGANIZATION COUNSEL TO**
                                             **THE DEBTOR FOR COMPENSATION**
16                                           **AND REIMBURSEMENT OF**
                                             **EXPENSES FOR FEBRUARY 1, 2016**
17                                           **THROUGH JUNE 30, 2016**

18                                           DATE:      August 30, 2016
                                             TIME:      2:00 p.m.
19                                           CTRM:      1668

20

21

22

23

24

25

26

27

28
   I:\slf\20252 (315 Arden LLC)\Decl of Tzepah Freedland  Re Final Fee      1
   Application.docx

1

2                         **DECLARATION OF TZEPAH FREEDLAND**

3          I, TZEPAH FREEDLAND, declare as follows:

4          1.      I am the managing member of 315 Arden, LLC, the Debtor and Debtor in

5    Possession ("Debtor").  I am familiar with the Debtor's business and operations. I have personal

6    knowledge of the facts set forth herein, and, if called upon as a witness, I could and would testify

7    competently with respect thereto.

8          2.      On August 8, 2016, I received by email a copy of the "Second and Final Fee

9    Application of Creim Macias Koenig & Frey LLP For Approval of Compensation and

10   Reimbursement of Expenses" (the "Final Application") filed by Creim Macias Koenig & Frey

11   LLP ("CMKF"), along with the declaration of Stuart I. Koenig of CMKF and a declaration for me

12   to sign on behalf of the Debtor in support of the Final Application.

13         3.      I understand that the hearing on the Final Application is on August 30, 2016, but I

14   have not yet had an opportunity to review the Final Application and the supporting documents and

15   therefore I have not executed my declaration.

16         I declare under penalty of perjury under the laws of the United States of America, that the

17   foregoing is true and correct, and that this Declaration was executed this ___ day of August, 2016,

18   in Beverly Hills, California.

19

20                                                    _____
                                                      TZEPAH FREEDLAND
21

22

23

24

25

26

27

28

I:\slf\20252 (315 Arden LLC)\Decl of Tzepah Freedland iso First Interim        2
Fee App for CMKF.docx

CREIM MACIAS KOENIG & FREY LLP
833 WEST FIFTH STREET, 48TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 614-1944

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

633 W. Fifth Street, 48th Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): ***DECLARATION OF TZEPAH FREEDLAND REGARDING SECOND AND FINAL FEE APPLICATION OF CREIM MACIAS KOENIG & FREY REORGANIZATION COUNSEL TO THE DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2016 THROUGH JUNE 30, 2016*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 29, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Sandford L. Frey | sfrey@cmkllp.com; knielsen@cmkllp.com |
| Daniel J. Kessler | aburkhalter@bkcglaw.com; ehardeman@bkcglaw.com; rlockwood@bkcglaw.com; lsandoval@bkcglaw.com |
| Stuart I. Koenig | skoenig@cmkllp.com; knielsen@cmkllp.com |
| Ron Maroko | ron.maroko@usdoj.gov |
| Byron Z. Moldo | bmoldo@ecjlaw.com; lpekrul@ecjlaw.com |
| Tomas A. Ortiz | tortiz@garrett-tully.com |
| U.S. Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Michael D. Vanlochem | janguiano@vandc.net |
| Marta C. Wade | mwade@cmkllp.com; knielsen@cmkllp.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) August 29, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| August 29, 2016 | Kelli Nielsen | |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

## 2.    SERVICE LIST

315 Arden, LLC
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Securities Exchange Commission
444 S Flower St, Ste 900
Los Angeles, CA 90071-2934

County of Orange
PO box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

Equity Real Estate Services
1702 S Robertson Blvd
Los Angeles, CA 90035-4316

Investment Property Exchange
4041 MacArthur Blvd No 400
Newport Beach, CA 92660-2554

Larry Langberg & Associates
PO Box 630485
Simi Valley, CA 93063-0009

Luviland LLC
9761 Calendula Ave
Westminster, CA 92683-6915

Red Mountain Group Inc
c/o Byron Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd, 9th Fl
Beverly Hills, CA 90212

Seth I Weissman Esq
Jeffer Mangels Butler Mitchell LLP
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067-4308

Michael A Chesney
2929 Edinger Ave
Tustin, CA 92780

Attn: Warren Berzack
Lee & Associates
15250 Ventura Blvd., Suite 100
Sherman Oaks, CA 91403

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

L.A. County Tax Collector
Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110

Capital One Card Serv
PO Box 30285
Salt Lake City, UT 84130-0285

Daniel & Judith Arnall Family Trust
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211-3561

Eugene G Cowan Esq
Bocarsly Emden LLP
633 W Fifth St 64th Fl
Los Angeles, CA 90071-2011

Internal Revenue Service
300 N. Los Angeles St, Stop 5022
Los Angeles, CA 90012-3478

Law Offices of Timothy D. McGonigle
1880 Century Park East, Suite 516
Los Angeles, CA 90067

Orange County Treasurer
11 Civic Center Plz
Santa Ana, CA 92701-4063

Red Mountain Retail Group Inc
c/o Byron Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd, 9th Fl
Beverly Hills, CA 90212

Tzepah Freedland
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211-3561

Lombardo Safford LLP
12424 Wilshire Blvd
Los Angeles, CA 90025

ADP LLC / Manager Client Services
P.O. Box 12513
1851 N. Resler Drive
El Paso, TX 79912

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Los Angeles City Clerk
PO Box 53200
Los Angeles, CA 90053-0200

Christopher Morris CPA
Sobul Prime & Schenkel
12100 Wilshire Blvd Ste 1150
Los Angeles, CA 90025-7117

David and Tzepah Freedland
8950 W Olympic Blvd #650
Beverly Hills, CA 90211-3561

Infiniti of Beverly Hills
8825 Wilshire Blvd
Beverly Hills, CA 90211-2605

Judith Arnall
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211-3561

~~Luviland Corporation~~
~~319 Collard Way~~
~~Placentia, CA 92870-8217~~
[Returned Mail – No Forwarding Address]

Plumbquest
347 N Sycamore Ave
Los Angeles, CA 90036

Reynolds Cafferata, Esq.
Rodriguez Hori Choi & Cafferata LLP
777 S Figueroa St Ste 2150
Los Angeles, CA 90017-5875

W Linc BP LLC
Attn: Michael H. Mugel, Manager
1234 E 17th Street
Santa Ana, CA 92701-2612

SLBiggs
10960 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**