1
Sandford L. Frey (SBN 117058)
Stuart I. Koenig (SBN 102764)

2
**CREIM MACIAS KOENIG & FREY LLP**
633 West Fifth Street, 48th Floor

3
Los Angeles, CA 90071
Telephone: (213) 614-1944

4
Facsimile:  (213) 614-1961
sfrey@cmkllp.com

5
skoenig@cmkllp.com

6
Attorneys for, 315 Arden, LLC, Reorganized Debtor

7

8
**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9
**[LOS ANGELES DIVISION]**

10
In re

11
**315 ARDEN, LLC,**

12
Reorganized Debtor.

13

14

15

16

17

CASE NO.:  2:15-bk-26483-BR

Chapter 11

**POST CONFIRMATION STATUS CONFERENCE REPORT NO. 1 FILED BY THE REORGANIZED DEBTOR; DECLARATION OF TZEPAH FREELAND**

[No hearing set.]

18

19
315 Arden, LLC, the Reorganized Debtor ("Debtor"), respectfully submits this First Post

20
Confirmation Status Report ("First Report") for the hearing to be held on the above mentioned

21
date and time.

22
On June 7, 2016, the Court held a hearing ("Confirmation Hearing") regarding

23
confirmation of the "*Chapter 11 Plan of Reorganization Proposed by Debtor, 315 Arden, LLC*"

24
("Plan")[1] at which time the Court confirmed the Plan.  The Order confirming the Plan was entered

25
by the Bankruptcy Court on June 27, 2016 [Docket No. 128].

26

27
[1] Capitalized terms shall have the meaning set forth herein. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.  Unless otherwise noted, statutory references are to 11 U.S.C. §§

28
101 *et seq.*, the Bankruptcy Code.

I:\slf\20252 (315 Arden LLC)\Post Confirmation Status Conference Report
(Final 10-11-16 clean n1).docx

CREIM MACIAS KOENIG & FREY LLP
633 WEST FIFTH STREET, 48TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 614-1944

CREIM MACIAS KOENIG & FREY LLP
633 WEST FIFTH STREET, 48TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 614-1944

As required by the Confirmation Order and Local Bankruptcy Rules 3020-1(b) the Debtor is filing its First Report:

**A.     Administrative Claims**

A hearing on the Final Fee Applications of the professionals employed by the Debtor went forward on August 20, 2016.   Orders were entered approving the fees of the Debtor's reorganization counsel, Creim Macias Koenig & Frey LLP ("CMKF") [Docket No. 152], and Debtor's account and special counsel [Docket No. 151].

Post Confirmation, the Reorganized Debtor made payments to CMKF of $57,999.50.

Schedule of Claims:

Class 1A Secured Tax Claim of Orange County.  Full payment of the Class 1A claim is due within 60 days of the Effective Date of the Plan.  No payments to Class 1A creditors are due at this time.

Class 2 Secured Claim of W Linc.  This is a disputed claim and the subject of an adversary proceeding pending before this Court.  No payments are required to be made to the Class 2 creditor until a final determination has been entered regarding the allowance of their claim.

Class 3 Claims of General Unsecured Creditors.  The Plan provides for an aggregate payment of $10,000 to be made to the holders of allowed claims in Class 3 on the Effective Date of the Plan or as soon thereafter as practical.  No payments are due to Class 3 creditors at this time.

Class 4 Priority Claim of the Trust.  No payments are due Class 4 Creditors at this time.

Class 5 Allowed Equity Interests  The Class 5 creditors retained their interest in the Debtor. No payments are due to Class 5 Creditors at this time.

**B.     Post Confirmation Tax Liabilities**

No tax obligations have accrued post confirmation.

**C.     Projections**

The Reorganized Debtor is in compliance with the terms of its Plan and believes it will be able to meet all of its obligations under the Plan going forward.

**D.     Estimate of Plan Consummation**

Full consummation of the Plan is anticipated to take less than 1 year from the Effective Date, depending on when the Adversary Proceeding against W Linc et. al. is concluded. However, the Reorganized Debtor is in full compliance with its obligations under the Plan and has commenced making payments required under the Plan.

Dated:  October 24, 2016                    CREIM MACIAS KOENIG & FREY LLP


By: _____/s/ Sandford L. Frey_____
          SANDFORD L. FREY
          Attorneys for 315 Arden, LLC, Reorganized Debtor

CREIM MACIAS KOENIG & FREY LLP
633 WEST FIFTH STREET, 48TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 614-1944

## DECLARATION OF TZEPAH FREEDLAND

I, Tzepah Freedland, declare as follows:

1.    I am the managing member of the Reorganized Debtor. I submit my declaration in support of the First Post Confirmation Status Conference Report.

2.    If called upon to testify, I could and would testify competently thereto concerning the contents of this Declaration. My knowledge of the facts set forth herein is based on my own personal knowledge, except to those based upon information or belief

3.    I reviewed the Plan and Disclosure Statement prior to its submission to the Court. Pursuant to the terms of the Plan, I have remained as the manager of the Reorganized Debtor and remain responsible for the day to day operations of the Reorganized Debtor. In my capacity as the manager of the Reorganized Debtor, I have personal knowledge of the Reorganized Debtor's obligations under the Plan and I am informed and believe that the Reorganized Debtor is in full compliance with the terms of the Plan.

4.    I have reviewed the attached First Post Confirmation Status Conference Report, and I am informed and believe that the representations contained therein are true and correct.

5.    As of the filing of this declaration, the Reorganized Debtor's performance, post-confirmation, is consistent with the projections that were submitted in support of the Plan. Based on the Reorganized Debtor's performance, I believe the Reorganized Debtor will be able to satisfy all of its obligations under the Plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October___, 2016 in Los Angeles, California.

Tzepah Freedland

CREIM MACIAS KOENIG & FREY LLP
633 WEST FIFTH STREET, 48TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 614-1944

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

633 W. Fifth Street, 48th Floor, Los Angeles, CA  90071

A true and correct copy of the foregoing document entitled (specify):  **POST CONFIRMATION STATUS CONFERENCE REPORT NO. 1 FILED BY THE REORGANIZED DEBTOR; DECLARATION OF TZEPAH FREELAND** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 24, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Sandford L. Frey | sfrey@leechtisman.com; knielsen@leechtisman.com;  knielsen@cmkllp.com |
| Daniel J. Kessler | aburkhalter@bkcglaw.com; ehardeman@bkcglaw.com; rlockwood@bkcglaw.com; lsandoval@bkcglaw.com |
| Stuart I. Koenig | skoenig@cmkllp.com; knielsen@cmkllp.com |
| Ron Maroko | ron.maroko@usdoj.gov |
| Byron Z. Moldo | bmoldo@ecjlaw.com; lpekrul@ecjlaw.com |
| Tomas A. Ortiz | tortiz@garrett-tully.com |
| U.S. Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Michael D. Vanlochem | janguiano@vandc.net |
| Marta C. Wade | mwade@cmkllp.com; knielsen@cmkllp.com |

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (date) October 24, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 24, 2016 | Kelli Nielsen | |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## 2.    SERVICE LIST

315 Arden, LLC
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Securities Exchange Commission
444 S Flower St, Ste 900
Los Angeles, CA  90071-2934

County of Orange
PO box 4515
Santa Ana, CA  92702-4515
Attn:  Bankruptcy Unit

Equity Real Estate Services
1702 S Robertson Blvd
Los Angeles, CA 90035-4316

Investment Property Exchange
4041 MacArthur Blvd No 400
Newport Beach, CA 92660-2554

Larry Langberg & Associates
PO Box 630485
Simi Valley, CA 93063-0009

Luviland LLC
9761 Calendula Ave
Westminster, CA 92683-6915

Red Mountain Group Inc
c/o Byron Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd, 9th Fl
Beverly Hills, CA  90212

Seth I Weissman Esq
Jeffer Mangels Butler Mitchell LLP
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067-4308

Michael A Chesney
2929 Edinger Ave
Tustin, CA  92780

Attn:  Warren Berzack
Lee & Associates
15250 Ventura Blvd., Suite 100
Sherman Oaks, CA 91403

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001

L.A. County Tax Collector
Bankruptcy Unit
PO Box 54110
Los Angeles, CA  90054-0110

Capital One Card Serv
PO Box 30285
Salt Lake City, UT 84130-0285

Daniel & Judith Arnall Family Trust
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211-3561

Eugene G Cowan Esq
Bocarsly Emden LLP
633 W Fifth St 64th Fl
Los Angeles, CA 90071-2011

Internal Revenue Service
300 N. Los Angeles St, Stop 5022
Los Angeles, CA 90012-3478

Law Offices of Timothy D. McGonigle
1880 Century Park East, Suite 516
Los Angeles, CA  90067

Orange County Treasurer
11 Civic Center Plz
Santa Ana, CA 92701-4063

Red Mountain Retail Group Inc
c/o Byron Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd, 9th Fl
Beverly Hills, CA  90212

Tzepah Freedland
8950 W Olympic Blvd # 650
Beverly Hills, CA  90211-3561

Lombardo Safford LLP
12424 Wilshire Blvd
Los Angeles, CA  90025

ADP LLC / Manager Client Services
P.O. Box 12513
1851 N. Resler Drive
El Paso, TX 79912

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA  95812-2952

Los Angeles City Clerk
PO Box 53200
Los Angeles, CA  90053-0200

Christopher Morris CPA
Sobul Prime & Schenkel
12100 Wilshire Blvd Ste 1150
Los Angeles, CA 90025-7117

David and Tzepah Freedland
8950 W Olympic Blvd #650
Beverly Hills, CA 90211-3561

Infiniti of Beverly Hills
8825 Wilshire Blvd
Beverly Hills, CA 90211-2605

Judith Arnall
8950 W Olympic Blvd # 650
Beverly Hills, CA  90211-3561

~~Luviland Corporation~~
~~319 Collard Way~~
~~Placentia, CA 92870-8217~~
*[Returned Mail – No Forwarding Address]*

Plumbquest
347 N Sycamore Ave
Los Angeles, CA  90036

Reynolds Cafferata, Esq.
Rodriguez Hori Choi & Cafferata LLP
777 S Figueroa St Ste 2150
Los Angeles, CA 90017-5875

W Linc BP LLC
Attn: Michael H. Mugel, Manager
1234 E 17th Street
Santa Ana, CA 92701-2612

SLBiggs
10960 Wilshire Blvd 7th Fl
Los Angeles, CA  90024

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.