Sandford L. Frey (SBN 117058)
**LEECH TISHMAN FUSCALDO & LAMPL**
100 Corson Street, Third Floor
Pasadena, CA 91103
Telephone: (626) 796-4000
Facsimile: (626) 795-6321
sfrey@leechtishman.com

Reorganization Attorneys for 315 Arden, LLC,
Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# [LOS ANGELES DIVISION]

| | |
|---|---|
| In re<br><br>**315 ARDEN, LLC,**<br><br>    Reorganized Debtor. | CASE NO.: 2:15-bk-26483-BR<br><br>Chapter 11<br><br>**NOTICE OF EFFECTIVE DATE OF PLAN OF REORGANIZATION PROPOSED BY DEBTOR, 315 ARDEN, LLC**<br><br>*[No Hearing Required]* |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; ALL CREDITORS; AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on June 27, 2016, the Bankruptcy Court entered an Order on Confirmation of Plan of Reorganization Proposed by Debtor, 315 Arden, LLC [Docket No. 128] ("Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that all conditions to the Effective Date have been timely satisfied or waived; and that the **EFFECTIVE DATE**[1] of the Plan of Reorganization Proposed by Debtor, 315 Arden, LLC ("Plan") occurred on September 9, 2016.

**PLEASE TAKE FURTHER NOTICE** that the Debtor's assets, and its operations and Rights of Action, hereby vest in the Reorganized Debtor free and clear of all claims, liens,

---

[1] Capitalized terms shall have the meaning ascribed to them in the Plan unless defined otherwise in this Notice.

interests and encumbrances. The Reorganized Debtor shall manage the administration of the Plan, and in such capacity, may exercise rights, power and authority consistent with the Plan and applicable laws.

Dated: January 11, 2017            LEECH TISHMAN FUSCALDO & LAMPL


By:  /s/ Sandford L. Frey
     SANDFORD L. FREY
Reorganization Attorneys for 315 Arden, LLC,
Reorganized Debtor

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 Corson Street, Third Floor, Pasadena, California 91103

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF EFFECTIVE DATE OF PLAN OF REORGANIZATION PROPOSED BY DEBTOR, 315 ARDEN, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 11, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Sandford Frey**    sfrey@leechtishman.com, knielsen@leechtishman.com
- **Steven J. Katzman**    SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- **Daniel J Kessler**    lwell@bkcglaw.com;moberbeck@bkcglaw.com;cvasquez@bkcglaw.com;spettit@bkcglaw.com;litclerk1@bkcglaw.com
- **Stuart I Koenig**    Skoenig@leechtishman.com, knielsen@leechtishman.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Kenneth Miller**    kmiller@ecjlaw.com, kanthony@ecjlaw.com
- **Byron Z Moldo**    bmoldo@ecjlaw.com, lpekrul@ecjlaw.com
- **Tomas A Ortiz**    tortiz@garrett-tully.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Anne A Uyeda**    auyeda@bmkattorneys.com, admin@bmkattorneys.com
- **Michael D Vanlochem**    janguiano@vandc.net
- **Marta C Wade**    mwade@cmkllp.com, knielsen@cmkllp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) January 11, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2017 | Kelli Nielsen | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  F 9013-3.1.PROOF.SERVICE

**2.    SERVICE LIST**

315 Arden, LLC
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Securities Exchange Commission
444 S Flower St, Ste 900
Los Angeles, CA 90071-2934

County of Orange
PO box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

Equity Real Estate Services
1702 S Robertson Blvd
Los Angeles, CA 90035-4316

Investment Property Exchange
4041 MacArthur Blvd No 400
Newport Beach, CA 92660-2554

Larry Langberg & Associates
PO Box 630485
Simi Valley, CA 93063-0009

Luviland LLC
9761 Calendula Ave
Westminster, CA 92683-6915

Red Mountain Group Inc
c/o Byron Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd, 9th Fl
Beverly Hills, CA 90212

Seth I Weissman Esq
Jeffer Mangels Butler Mitchell LLP
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067-4308

Michael A Chesney
2929 Edinger Ave
Tustin, CA 92780

Attn: Warren Berzack
Lee & Associates
15250 Ventura Blvd., Suite 100
Sherman Oaks, CA 91403

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

L.A. County Tax Collector
Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110

Capital One Card Serv
PO Box 30285
Salt Lake City, UT 84130-0285

Daniel & Judith Arnall Family Trust
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211-3561

Eugene G Cowan Esq
Bocarsly Emden LLP
633 W Fifth St 64th Fl
Los Angeles, CA 90071-2011

Internal Revenue Service
300 N. Los Angeles St, Stop 5022
Los Angeles, CA 90012-3478

Law Offices of Timothy D. McGonigle
1880 Century Park East, Suite 516
Los Angeles, CA 90067

Orange County Treasurer
11 Civic Center Plz
Santa Ana, CA 92701-4063

Red Mountain Retail Group Inc
c/o Byron Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd, 9th Fl
Beverly Hills, CA 90212

Tzepah Freedland
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211-3561

Lombardo Safford LLP
12424 Wilshire Blvd
Los Angeles, CA 90025

ADP LLC / Manager Client Services
P.O. Box 12513
1851 N. Resler Drive
El Paso, TX 79912

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Los Angeles City Clerk
PO Box 53200
Los Angeles, CA 90053-0200

Christopher Morris CPA
Sobul Prime & Schenkel
12100 Wilshire Blvd Ste 1150
Los Angeles, CA 90025-7117

David and Tzepah Freedland
8950 W Olympic Blvd #650
Beverly Hills, CA 90211-3561

Infiniti of Beverly Hills
8825 Wilshire Blvd
Beverly Hills, CA 90211-2605

Judith Arnall
8950 W Olympic Blvd # 650
Beverly Hills, CA 90211-3561

~~Luviland Corporation~~
~~319 Collard Way~~
~~Placentia, CA 92870-8217~~
*[Returned Mail – No Forwarding Address]*

Plumbquest
347 N Sycamore Ave
Los Angeles, CA 90036

Reynolds Cafferata, Esq.
Rodriguez Hori Choi & Cafferata LLP
777 S Figueroa St Ste 2150
Los Angeles, CA 90017-5875

W Linc BP LLC
Attn: Michael H. Mugel, Manager
1234 E 17th Street
Santa Ana, CA 92701-2612

SLBiggs
10960 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE