EXHIBIT 2

# FIRST AMENDED AND RESTATED OPERATING AGREEMENT OF
## 315 Arden, LLC

### A California limited liability company

This First Amended and Restated Operating Agreement (the "Agreement") by and between Tzepah Freedland ("Tzepah"), an individual, and Tzepah Freedland (Zarmi) and David Zarmi, as Trustees of the Daniel Arnall 2014 Trust (the "Trust"), an irrevocable trust (and together with Tzepah, the "Members"), is entered into as of December 9, 2014.

### BACKGROUND

Daniel Mark Arnall ("Daniel") was the original sole and named member of, and held 100% of the membership interests in, 315 Arden, LLC (the "Company") from its inception. Pursuant to that Partial Community Property and Transmutation Agreement dated September 10, 2008 between Judith Athalia Arnall ("Judith") and Daniel, 100% of the interests in the Company became the community property of Judith and Daniel. Daniel assigned his 50% interest in the Company to the Trust effective December 4, 2014. Daniel passed away on December 8, 2014 and pursuant to the terms of the Trust, upon Daniel's death, a 20% interest in the Company was gifted to Tzepah by the Trust. Pursuant to an Assignment dated December 9, 2014, Judith assigned her 50% interest in the Company to the Trust effective December 9, 2014.

.The Members desire to continue the Company in accordance with the California Beverly Killea Limited Liability Company Act, as amended from time to time (the "Act"), by restating the understandings between the Members of the Company and appointing Tzepah as the managing member of the Company (the "Managing Member").

### STATEMENT OF AGREEMENT

In consideration of the covenants and agreements made herein, the Members, intending to be legally bound, hereby certify and agree, as follows:

### ARTICLE 1.

### DEFINED TERMS

Defined terms used in this Agreement shall, unless the context otherwise requires, have the meanings specified in this Article 1. Certain additional defined terms are set forth elsewhere in this Agreement.

"Accountants" means such firm of independent certified public accountants as may be engaged Tzepah.

1

50102172.3

"Adjusted Capital Account" means an account maintained with respect to any Member, which will equal such Member's Capital Account as of the end of the relevant Fiscal Year, after giving effect to the following adjustments:

(i)   Crediting to such Capital Account any amounts that such Member is obligated to restore or is deemed to be obligated to restore pursuant to Regulations Sections 1.704-2(g)(1) and 1.7042(i)(5); and

(ii)   Debiting from such Capital Account the items described in paragraphs (4), (5) and (6) of Section 1.704-1(b)(2)(ii)(d) of the Regulations.

The foregoing definition of Adjusted Capital Account is intended to comply with the provisions of Section 1.704-1(b)(2)(ii)(d) of the Regulations and shall be interpreted consistently therewith.

"Agreement" means this First Amended and Restated Operating Agreement, as originally adopted and as amended from time to time, as the context requires. Words such as "herein, " "hereinafter, " "hereof, " "hereto, " "hereby, " and "hereunder, " when used with reference to this Agreement, refer to this Agreement as a whole, unless the context otherwise requires.

"Bad Act Default" means any of the following: (a) a default by the Managing Member or the Non-Managing Member, as applicable, under Section 11.1(b) of this Agreement, or (b) a Transfer by the Managing Member or the Non-Managing Member, as applicable, in violation of this Agreement.

"Bankruptcy" means, with respect to any Person, such Person's making an assignment for the benefit of creditors, becoming a party to any liquidation or dissolution action or proceeding with respect to such Person, or any bankruptcy, reorganization, insolvency, or other proceeding for the relief of financially distressed debtors with respect to such Person, or the appointment of a receiver, liquidator, custodian, or trustee for such Person or a substantial part of such Person's assets and, if any of the same occurs involuntarily, the same is not dismissed, stayed, or discharged within ninety (90) days.

"Bankruptcy Code" has the meaning set forth in Section 11.1(d) hereinbelow.

"Capital Account" means, with respect to any Member, the account maintained by the Company for each such Member in accordance with the following provisions:

(i)   To each Member's Capital Account there shall be credited such Member's Capital Contributions actually made to the Company, such Member's distributive share of Profits and any items in the nature of income or gain which are specially allocated pursuant to Sections 4.1(D) and 4.1(E) hereof, and the amount of any Company liabilities assumed by such Member or which are secured by any property distributed to such Member.

2

50102172.3

(ii)    From each Member's Capital Account there shall be debited the amount of cash and the Gross Asset Value of any property distributed to such Member pursuant to any provisions of this Agreement, such Member's distributive share of Losses and any items in the nature of expenses or losses which are specially allocated pursuant to Sections 4.1(D) and 4.1(E) hereof, and the amount of any liabilities of such Member assumed by the Company or which are secured by any property contributed by such Member to the Company.

(iii)    In the event all or a portion of an interest in the Company is transferred in accordance with the terms of this Agreement, the transferee shall succeed to the Capital Account of the transferor to the extent it relates to the transferred interest.

(iv)    In determining the amount of any liability for purposes of subsections (i) and (ii) hereof, there shall be taken into account Code Section 752(c) and any other applicable provisions of the Code and Regulations.

The foregoing provisions and the other provisions of this Agreement relating to the maintenance of Capital Accounts are intended to comply with Sections 1.704-1(b) and 1.704-2 of the Regulations, and shall be interpreted and applied in a manner consistent with such Regulations. In the event the Managing Member shall determine that it is prudent to modify the manner in which the Capital Accounts, or any debits or credits thereto (including, without limitations, debits or credits relating to liabilities which are secured by contributed or distributed property or which are assumed by the Company or Members) are computed in order to comply with such Regulations, the Managing Member may make such modifications, provided that it is not likely to have a material or adverse effect on the amount of Profits, Losses or tax credits allocable, or amounts distributable to any Member pursuant to Sections 4.2(A), 4.2(B) or 8.2(C) hereof upon the dissolution of the Company. The Managing Member shall also, to the extent permitted by Regulations Section 1.704-1(b)(2)(iv)(g)(i), make any adjustments that are necessary or appropriate to maintain equality between the Capital Account of the Members and the amount of Company capital reflected on the Company's balance sheet, as computed for book purposes, and (ii) make any appropriate modifications in the event unanticipated events might otherwise cause this Agreement not to comply with Regulations Section 1.704-1(b).

"Capital Contribution" means, with respect to a Member, the total amount of money contributed or deemed contributed to the Company by a Member from time to time.

"Cash Flow" means for any period all cash receipts received by the Company (other than Capital Contributions, Support Loans, loan proceeds and Sale or Refinancing Proceeds) plus cash receipts from any other source (including any amounts previously added to any reserves no longer deemed necessary by the Managing Member), less all disbursements of cash by the Company (excluding distributions to

3

Members), including payment of (i) operating expenses (including, without limitation, Company Costs and Expenses), amounts expended for replacement or preservation of Company assets and any other liabilities of the Company then due and owing to Persons other than Members, and (ii) principal and interest on Company debt. Expenses taken into account in computing Cash Flow shall not be reduced by any item paid from reserves.

"Code" means the Internal Revenue Code of 1986, as amended, or any corresponding provision or provisions of succeeding law.

"Company" means the limited liability company continued by this Agreement.

"Company Costs and Expenses" has the meaning set forth in Section 5.1(C) hereinbelow.

"Consent" means the written approval or ratification of a Majority of the Members without a meeting.

"Depreciation" means, for each Fiscal Year or other period, an amount equal to the depreciation, amortization, or other cost recovery deduction allowable for federal income tax purposes with respect to an asset for such year or other period, except that if the Gross Asset Value of an asset differs from its adjusted basis for federal income tax purposes at the beginning of such year or other period, Depreciation shall be an amount which bears the same ratio to such beginning Gross Asset Value as the federal income tax depreciation, amortization, or other cost recovery deduction for such year or other period bears to such beginning adjusted tax basis; provided, however, that if the federal income tax depreciation, amortization, or other cost recovery deduction for such year is zero, Depreciation shall be determined with reference to such beginning Gross Asset Value using any reasonable method selected by the Managing Member.

"Disability" means any disability, incompetency or legal incapacity of an individual if the individual (a) has been declared or adjudicated as being in such state by a court of competent jurisdiction, or by a guardian, conservator, or other personal representative of such individual's person or estate that has been appointed by a court of competent jurisdiction; (b) has been certified in writing as being in such state by at least two licensed physicians; or (c) has been deemed to be in such state under this subclasue (c) because the individual has disappeared or has been absent for unexplained reasons or the individual has been detained under duress where the individual has been unable to effectively manage his or her property or financial affairs.

"Entity" means any general partnership, limited partnership, corporation, limited liability company, joint venture, trust, business trust, cooperative, or association.

"Fiscal Year" means the tax year of the Company, which Fiscal Year ends December 31, or any portion of the Fiscal Year for which the Company is required to

4

allocate Profits, Losses and tax credits and other Company items of income, gain, loss or deduction. The last Fiscal Year of the Company shall end on the date of termination of the Company.

"Gross Asset Value" means, with respect to any asset, the asset's adjusted basis for federal income tax purposes, except as follows:

    (i)    The initial Gross Asset Value of any asset contributed by a Member to the Company shall be the gross fair market value of such asset as determined by the contributing Member and the Company;

    (ii)    The Gross Asset Values of all Company assets shall be adjusted to equal their respective gross fair market values, as determined by the Managing Member, as of the following times: (a) the acquisition of an additional interest in the Company by any new or existing Member in exchange for more than a de minimis Capital Contribution; (b) the distribution by the Company to a Member of more than a de minimis amount of Company property as consideration for an interest in the Company; and (c) the liquidation of the Company within the meaning of Regulations Section 1.704-1(b)(2)(ii)(g); provided, however, that adjustments pursuant to clauses (a) and (b) above shall be made only if the Managing Member reasonably determines that such adjustments are necessary or appropriate to reflect the relative economic interests of the Members in the Company;

    (iii)    The Gross Asset Value of any Company asset distributed to any Member shall be the gross fair market value of such asset on the date of distribution; and

    (iv)    The Gross Asset Values of Company assets shall be increased (or decreased) to reflect any adjustments to the adjusted basis of such assets pursuant to Code Section 734(b) or 743(b), but only to the extent that such adjustments are taken into account in determining Capital Accounts pursuant to Regulations Section 1.704-1(b)(2)(iv)(m) and Section 4.1(D)(7) hereof; provided, however, that Gross Asset Values shall not be adjusted pursuant to this subsection (iv) to the extent the Managing Member determines that an adjustment pursuant to subsection (ii) hereof is necessary or appropriate in connection with a transaction that would otherwise result in an adjustment pursuant to this subsection (iv).

If the Gross Asset Value of any asset has been determined or adjusted pursuant to subsection (i), (ii), or (iv) hereof, such Gross Asset Value shall thereafter be adjusted by the Depreciation taken into account with respect to such asset for purposes of computing Profits and Losses.

"Interest" means the rights and interests of every kind in the Company of a Member, whether acquired pursuant to the purchase of an Interest or otherwise, including, without limitation, the Member's economic interest, any right to vote or participate in the management, any right to information concerning the business and affairs of the Company as provided by this Agreement or the Act, and such Member's entire interest arising under this Agreement; provided, however, in no event shall "Interest" mean or include a Member's right to make or revoke appointments to the Members.

"Investment Transactions" means transactions Consented to by the Members in which the Company acquires an interest in one or more Project Entit(y)(ies), who have acquired or will acquire one or more Project(s). For purposes hereof, the following Projects (and any related Project Entities) have been approved by the Members and each shall constitute an "Investment Transaction" for all purposes hereunder: A tenants-in-common interest in certain real property located in the City of Los Angeles, County of Los Angeles, State of California, located at 421 E. Sixth Street Los Angeles, CA 90014.

"Losses" are defined under the term "Profits" herein hereinbelow.

"Major Decision" has the meaning set forth in Section 5.5(B) hereinbelow.

"Major Decision Impasse" means the submission by the Managing Member of a Major Decision to the Non-Managing Member for Consent and the Non-Managing Member's failure or refusal to give such Consent within the time designated therefor in this Agreement, or if no time is so designated, within 20 days of request for such Consent.

"Majority of the Members" means the Members in the aggregate that hold more than a 50% interest in the Company.

"Managing Member" means, subject to the terms of this Agreement, Tzepah, or such other party which succeeds to the Managing Member's Interest (or portion thereof) in accordance with the terms hereof and is admitted to the Company as a managing member of the Company with the approval of a Majority of the Members.

"Member" means the Trust or Tzepah, or such other party which succeeds to the Interest (or portion thereof) in accordance with the terms hereof and is admitted to the Company as a member of the Company. In the event that there is more than one Member at any time, the use of the singular term "Member" shall nevertheless be intended to mean all such parties which own Interests herein.

"Member Nonrecourse Debt" has the meaning set forth in Section 1.704-2(b)(4) of the Regulations.

"Member Nonrecourse Debt Minimum Gain" has the meaning set forth in Section 1.704-2(i)(2) of the Regulations and shall be determined in accordance with Section 1.704-2(i)(3) of the Regulations.

"Member Nonrecourse Deductions" has the meaning set forth in Section 1.704-2(i)(2) of the Regulations. The amount of Member Nonrecourse Deductions with respect to a Member Nonrecourse Debt for a Fiscal Year equals the excess, if any, of the net increase, if any, in the amount of Member Nonrecourse Debt Minimum Gain attributable to such Member Nonrecourse Debt during that Fiscal Year over the aggregate amount of any distributions during that Fiscal Year to the Member that bears the economic risk of loss for such Member Nonrecourse Debt to the extent such distributions are from the proceeds of such Member Nonrecourse Debt which are allocable to an increase in Member Nonrecourse Debt Minimum Debt Minimum Gain attributable to such Member Nonrecourse Debt, determined according to the provisions of Section 1.704-2(i)(2) of the Regulations.

"Modified Adjusted Capital Account" means, with respect to any Member for any Fiscal Year or other relevant period, an amount equal to such Member's Capital Account balance as of the beginning of such fiscal year or other relevant period, adjusted as provided in the definition of Capital Account for all contributions to the Company by, and all distributions by the Company to, such Member during such Fiscal Year or other relevant period, and by all special allocations pursuant to Section 4.1(D) with respect to such Fiscal Year or other relevant period but before giving effect to any allocations of Profits or Losses with respect to such Fiscal Year or other relevant period.

"Non-Managing Member" means, subject to the terms of this Agreement, the Trust, Judith or such other party which succeeds to the Non-Managing Member's Interest (or portion thereof) in accordance with the terms hereof and is admitted to the Company as a non-managing member of the Company with the approval of both Members.

"Nonrecourse Debt" has the meaning given to the term "nonrecourse liability" by Section 1.704-2(b)(3) of the Regulations.

"Nonrecourse Deductions" has the meaning set forth in Section 1.704-2(b)(1) of the Regulations.

"Notification" means a writing containing information required by this Agreement to be communicated to any Person which is personally delivered to such Person or sent to such Person (i) by certified mail, postage prepaid, (ii) nationally recognized courier service, or (iii) facsimile transmission, with proof of any such facsimile transmission sent by one of the other means of delivery permitted hereunder. The date of personal delivery or the date of actual receipt of the transmission thereof by the Person to whom Notification is addressed, as the case may be, shall be deemed the date of receipt of Notification.

"Percentage Interest" of a Member means 80% for the Trust and 20% for Tzepah.

"Permitted Investments" means (i) readily marketable securities issued by states or municipalities within the United States of America or agencies or subdivisions thereof rated in the highest rating category by a nationally recognized statistical rating organization; (ii) direct obligations of, or obligations unconditionally guaranteed by, the United States of America or any agency thereof maturing in less than one (1) year from the date of purchase; (iii) commercial paper issued by any corporation organized and doing business under the laws of the United States of America or any state thereof rated in the highest category by a nationally recognized statistical rating organization; (iv) certificates of deposit, due within one (1) year from the date of purchase, issued by any commercial bank organized and doing business under the laws of the United States of America or any state thereof whose deposits are federally insured and which has a combined capital and surplus of not less than $100,000,000; (v) debt securities issued by corporations organized and doing business under the laws of the United States of America or any state thereof rated "A" or better by a nationally recognized rating agency and maturing in less than one (1) year from the date of purchase, provided that a dealer which is a member of the New York Stock Exchange maintains a regular market in such securities; and/or (vi) collateralized repurchase agreements with domestic banks whose deposits are federally insured and which have a combined capital and surplus of not less than $100,000,000, such repurchase agreements having a duration no longer than sixty (60) days (or any extension or renewal thereof for a period not exceeding the period of the initial agreement) with respect to or secured by any of the types of securities specified in clauses (i) through (iii) above.

"Person" means any individual or Entity, and the heirs, executors, administrators, legal representatives, successors, and assigns of such Person where the context so requires.

"Prime Rate" means the rate so designated as charged from time to time by Bank of America, N.A.

"Profits" and "Losses" means, for each Fiscal Year or other period, an amount equal to the Company's taxable income or loss for such year or period, determined in accordance with Code Section 703(a) (and for this purpose, all items of income, gain, loss, or deduction required to be stated separately pursuant to Code Section 703(a)(1) for such year or period, shall be taken into account in the determination of such taxable income or loss), with the following adjustments:

(i) Any income of the Company that is exempt from federal income tax and not otherwise taken into account in computing Profits or Losses shall be taken into account in the determination of such taxable income or loss;

8

(ii)    Any expenditures of the Company described in Code Section 705(a)(2)(B) or treated as Code Section 705(a)(2)(B) expenditures pursuant to Regulations Section 1.704-1(b)(2)(iv)(i), and not otherwise taken into account in computing Profits or Losses, shall be taken into account in the determination of such taxable income or loss;

(iii)    Gain or loss resulting from any disposition of property of the Company with respect to which gain or loss is recognized for federal income tax purposes shall be computed by reference to the Gross Asset Value of the property disposed of, notwithstanding that the adjusted tax basis of such property differs from its Gross Asset Value;

(iv)    In the event of a distribution of Company assets to a Member (whether in connection with a liquidation or otherwise), or in the event the Gross Asset Value of any Company asset is adjusted upon the acquisition of an additional interest in the Company, unrealized income, gain, loss and deduction inherent in such distributed or adjusted assets (not previously reflected in the Capital Accounts) shall be allocated pursuant to Section 4.1 hereof as if there had been a taxable disposition of such distributed or adjusted assets at fair market value;

(v)    In lieu of the depreciation, amortization, and other cost recovery deductions taken into account in computing such taxable income or loss, there shall be taken into account Depreciation for such Fiscal Year or other period, computed in accordance with the definition of Depreciation herein; and

(vi)    Notwithstanding any other provision of this definition of Profits and Losses, any items that are allocated pursuant to Sections 4.1(D) and 4.1(E) hereof shall not be taken into account in computing Profits or Losses.

"Project" means any apartment complex or other type of real property acquired by a Project Entity with the Consent of the Members in the manner contemplated by this Agreement.

"Project Entity" has the meaning set forth in Section 2.4 hereinbelow.

"Project Plan and Budget" has the meaning set forth in Section 5.8(a) hereinbelow.

"Regulations" means the Income Tax Regulations, including Temporary Regulations, promulgated under the Code, as such regulations may be amended from time to time (including corresponding provisions of succeeding regulations).

"Sale or Refinancing" means any Company sale or refinancing transaction and/or any Project Entity sale or refinancing transaction (including, without limitation, any sale or refinancing transaction undertaken by a Project Entity with respect to its Project) not

9