EXHIBIT 5

## ASSIGNMENT

1.      Assignment.  As a gift without consideration, as of December 9, 2014, Judith A. Arnall ("Assignor") assigns to Tzepah Freedland and David Zarmi, Trustees of the Daniel Arnall 2014 Trust ("Assignee") all of Assignor 's right, title and interest in and to her entire Membership Interest (the "Company Interest") in 315 Arden, LLC, a California limited liability company (the "Company").

2.      Substitution of Member.  Assignee hereby accepts from Assignor the Company Interest, and Assignee agrees to hold such interest as a member of the Company pursuant to the terms of the limited liability company agreement of the Company.  Assignee shall be entitled to 100% of distributions or payments in respect to the Company Interest made on or after the effective date hereof; regardless of the source of those distributions or payments, and shall be entitled to all allocations of profits, losses and other items of income, gain, loss, deduction or credit allocable to such Company Interest in respect to the period beginning as of the effective date hereof.  Assignor shall remain entitled to any profits, losses and other items of income, gain, loss, deduction or credit allocable to its Company Interest and attributable to any period before the effective date hereof and any distribution or payments made to Assignor in respect of its Company Interest before such date.

3.      Successors and Assigns.  This Assignment shall be binding upon, and shall inure to the benefit of, the parties hereto and their respective successors and assigns.

4.      Amendment.  No amendment or modification of this Assignment or any provisions hereof shall be binding unless executed in writing by both parties hereto.

5.      Governing Law.  This Assignment shall be governed by the laws of the State of California, without giving effect to principles of conflict of laws of that state.

IN WITNESS WHEREOF, the parties hereto have subscribed to this Assignment effective as of the date firs set forth above.

ASSIGNOR

_____
Judith A. Arnall

ASSIGNEE

_____
Tzepah Freedland, Trustee of the
Daniel Arnall 2014 Trust


_____
David Zarmi, Trustee of the David
Arnall 2014 Trust

50106562.1

EXHIBIT 6

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

00088778 DRE 703 143 65615 NNNNNNNNNN T 1 00300000000 16 0000
DANIEL AND JUDITH ARNALL FAMILY TRUST
DAVID ZARMI TRUSTEE
OR TZEPAH FREEDLAND TRUSTEE
8950 W OLYMPIC BLVD STE 650
BEVERLY HILLS CA 90211-3561

January 27, 2015 through February 24, 2015

Account Number:    000003018851633

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |



## We are updating your Deposit Account Agreement

We will update the Electronic Funds Transfer Service Terms in your agreement for personal accounts effective March 22, 2015, to cover how you can use an eATM (formerly known as an Express Banking kiosk) **located inside a branch lobby during the branch operating hours:**

- You can deposit up to $5,000 in cash each day.
- You can **withdraw** up to $3,000 each day. All other withdrawals at eATMs count toward your daily ATM withdrawal limit. Privileges card limits remain the same.
- You will be able to provide us personal identification that we accept, such as a driver's license. Our branch employee will then give you a temporary, one-time code so you can have full use of the eATM.

These changes will happen over several months, so you should ask an employee in your branch if the eATM has been updated with these changes.

For a copy of your agreement, you can view it anytime by logging in at chase.com and clicking Legal Agreements and Disclosures at the bottom of any page, or visit a branch. If you have questions, please call us at the telephone number listed on this statement.

| SAVINGS SUMMARY | Chase Private Client Savings | |
|---|---|---|
| | | **AMOUNT** |
| Beginning Balance | | $18,405.47 |
| Deposits and Additions | | 1,047,872.95 |
| Electronic Withdrawals | | - 1,499.00 |
| Ending Balance | | $1,064,779.42 |
| | | |
| Annual Percentage Yield Earned This Period | | 0.07% |
| Interest Earned This Period | | $3.17 |
| Interest Paid Year-to-Date | | $3.24 |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.