EXHIBIT 7



