EXHIBIT 8

# 7101 LINCOLN AVENUE

## 22,680 SF COMMERCIAL BUILDING — BUENA PARK, CA

**FOR LEASE**





## Property Highlights

- **Freestanding Commercial Building Divisible to 8,500 to 14,000 Square Feet**

- Commercial Shopping Zoned

- Major Street Frontage & Signage

- Large Parcel Consisting of Approx. 56,628 SF

- Ample Parking / Fenced Loading Area

- Area Retailers Include: Stater Bros., Rite Aid, Big 5, O'Reilly Auto Parts, & Carl's Jr.

- Near the 5 & 91 Freeways

- **Motivated Ownership with Competitive Lease Rate**

1004 W. Taft Ave., Suite 150
Orange, CA 92865
T 714.647.9100  |  F 714.543.5285
www.LeeAssociatesOrange.com
Corporate ID #01011260

**JACK HALEY**
714.564.7172
jhaley@lee-associates.com
BRE #01064859

**GREG DIAB**
714.564.7171
gdiab@lee-associates.com
BRE #01940477



**Lee & Associates**
COMMERCIAL REAL ESTATE SERVICES

All information contained herein has been provided by Seller/Lessor and/or third parties, but has not been independently verified by Lee & Associates or its agent(s). Buyer/Lessee and interested parties should independently verify all information communicated by these sources.

# 7101 LINCOLN AVENUE

## 22,680 SF COMMERCIAL BUILDING — BUENA PARK, CA

**FOR LEASE**

### Site Plan



*Lessee/Buyer to verify with City



---

**JACK HALEY**
714.564.7172
jhaley@lee-associates.com
BRE #01064859

**GREG DIAB**
714.564.7171
gdiab@lee-associates.com
BRE #01940477

1004 W. Taft Ave., Suite 150
Orange, CA 92865
T 714.647.9100  |  F 714.543.5285
www.LeeAssociatesOrange.com
Corporate ID #01011260


COMMERCIAL REAL ESTATE SERVICES

All information contained herein has been provided by Seller/Lessor and/or third parties, but has not been independently verified by Lee & Associates or its agent(s). Buyer/Lessee and interested parties should independently verify all information communicated by these sources.