| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sandford L. Frey (SBN 117058)<br>LEECH TISHMAN FUSCALDO & LAMPL, INC.<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, California 91101<br>Telephone: 626.796.4000<br>Facsimile: 626.795.6321<br>E-mail: sfrey@leechtishman.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>315 Arden, LLC,<br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-26483-BR<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion: <u>Authorize Bankrutpcy Counsel to Withdraw from Representation</u>

    b. Date of filing of motion: <u>11/5/2018</u>

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

    a. Briefly specify the relief requested in the motion:

    Leech Tishman Fuscaldo & Lampl LLP ("Bankruptcy Counsel") seeks an Order from the Court authorizing it to withdraw from representation as counsel of record for 315 Arden, LLC ("Reorganized Debtor") due to a breakdown in communications and in the attorney-client relationship.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                Page 1                              F 9075-1.1.APP.SHORT.NOTICE

b. Identify the parties affected by the relief requested in the motion:

Leech Tishman Fuscaldo & Lampl, LLP - Bankruptcy Counsel; 315 Arden, LLc - Reorganized Debtor; Tzepah Zarmi, managing member of the Reorganized Debtor ("Ms. Zarmi"); Aaron Swerdlow - counsel for Ms. Zarmi an a State Court Action ("Mr. Swerdlow"

c. State the reasons necessitating a hearing on shortened time:

Ms. Zarmi - managing member of the Reorganized Debtor, has had attorney Mr. Swerdlow acting on behalf of the Reorganized Debtor. At the same time Ms. Zarmi has been informing parties in interest that Bankruptcy Counsel is not her counsel, and on the other hand, instructing Bankruptcy Counsel to take actions on behalf of the Reorganized Debtor in the bankruptcy case. This situation is unworkable, coupled with the fact that there is an actual conflict of interest. There has been a breakdown in communications and in the attorney-client relationship. Based on the attorney-client privilege, Bankruptcy Counsel cannot provide the specific facts surrounding the breakdown between Ms. Zarmi and Bankruptcy Counsel. Bankruptcy Counsel believes under the Rules of Professional Conduct it cannot continue its representation of the Reorganized Debtor.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 11/5/2018

LEECH TISHMAN FUSCALDO & LAMPL, LLP
Printed name of law firm

/s/ Sandford L. Frey
Signature of individual Movant or attorney for Movant

Sandford L. Frey
Printed name of individual Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    F 9075-1.1.APP.SHORT.NOTICE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 200 South Los Robles Avenue, Suite 210, Pasadena, California 91101.

A true and correct copy of the foregoing document entitled (*specify*): Application for Order Setting Hearing on Shortened Notice will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 5, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| Name: | On behalf of: | E-mail address: |
|---|---|---|
| Byron Z Moldo | W Linc BP, LLC<br>Red Mountain Group Inc.<br>Red Mountain Retail Group Inc. | bmoldo@ecjlaw.com;<br>lpekrul@ecjlaw.com |
| Daniel J. Kessler | W Linc BP, LLC | dkessler@bkcglaw.com;<br>lwell@bkcglaw.com;<br>moberbeck@bkcglaw.com;<br>cvasquez@bkcglaw.com;<br>spettit@bkcglaw.com;<br>litclerk1@bkcglaw.com |
| Howard Camhi | W Linc BP, LLC<br>Red Mountain Group Inc.<br>Red Mountain Retail Group Inc. | hcamhi@ecjlaw.com |
| Marta C. Wade | Debtor | mwade@mcwadelaw.com |
| Michael D. Vanlochem | NISSAN-INFINITI LT. | janguiano@vandc.net |
| Ron Moroko | United States Trustee | ron.maroko@usdoj.gov |
| Sandford Frey | Debtor | sfrey@leechtishman.com |
| Tomas A Ortiz | Hanley Investment Group | tortiz@garrett-tully.com |
| Kenneth Miller | W Linc BP, LLC | kmiller@pmcos.com |

**2. SERVED BY UNITED STATES MAIL**: On (*date*) November 5, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Hon. Barry Russell<br>United States Bankruptcy Court<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 | 315 Arden, LLC<br>8950 W. Olympic Blvd., Suite 650<br>Beverly Hills, CA 90211 |
| Tzepah Zarmi<br>344 S. Almont Drive<br>Beverly Hills, CA 90211-3548 | Aaron B. Swerdlow<br>Glaser Weil<br>425 California Street<br>Suite 800<br>San Francisco, CA 94104 |
| Ron Maroko<br>915 Wilshire Blvd., Ste 1850<br>Los Angeles, CA 90017 | |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)

___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 5, 2018 | Sandford L. Frey | /s/ Sandford L. Frey |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |