Sandford L. Frey (SBN 117058)
**LEECH TISHMAN FUSCALDO & LAMPL INC**
200 South Los Robles Avenue, Suite 210
Pasadena, California 91101
Telephone: 626.796.4000; Facsimile: 626.795.6321
E-mail:sfrey@leechtishman.com

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# [LOS ANGELES DIVISION]

| | |
|---|---|
| In re | CASE NO.:  2:15-bk-26483-BR |
| **315 ARDEN, LLC,** | Chapter 11 |
| Debtor and Debtor-in-Possession. | **NOTICE OF HEARING ON MOTION OF COUNSEL OF RECORD, LEECH TISHMAN FUSCALDO & LAMPL LLP, TO AUTHORIZE BANKRUPTCY COUNSEL TO WITHDRAW FROM REPRESENTATION** |
| | Date:    December 4, 2018<br>Time:    2 p.m.<br>Ctrm:    Courtroom 1668<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL PARTIES IN INTEREST PLEASE TAKE NOTICE** that the Motion of Counsel of Record, Leech Tishman Fuscaldo & Lampl, LLP, to Authorize Bankruptcy Counsel to Withdraw from Representation, Leech Tishman Fuscaldo & Lampl, LLP ("Motion") will be heard on December 4, 2018 at 2:00 p.m. in Courtroom 1668 before the Honorable Barry Russell, United States Bankruptcy Judge for the Central District of California.  The United States Bankruptcy Court for the Central District, Los Angeles Division is located at the Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, California 90012.

**PLEASE TAKE FURTHER NOTICE** that this Motion is based upon the Notice of

1

Motion, the Motion, the Declaration in support, the record in the case, and the statements and representations of counsel appearing at the hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE** that LBR 9013-1(f) requires that a formal written response to the Motion be filed at least fourteen (14) days before the hearing on the Motion and served upon Leech Tishman and the Office of the United States Trustee unless a shorter period of time is ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to LBR 9013-1(h), the failure of any party to timely object to the Motion may be deemed to constitute consent to the relief sought therein.

DATED:  November 5, 2018

LEECH TISHMAN FUSCALDO & LAMPL INC

By:/s/ Sandford L. Frey
SANDFORD L.FREY

NOTICE OF HEARING ON MOTION OF COUNSEL OF RECORD TO WITHDRAW AS COUNSEL FOR
REORGANIZED DEBTOR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 200 South Los Robles Avenue, Suite 210, Pasadena, California 91101.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF HEARING ON MOTION OF COUNSEL OF RECORD, LEECH TISHMAN FUSCALDO & LAMPL LLP, TO AUTHORIZE BANKRUPTCY COUNSEL TO WITHDRAW FROM REPRESENTATION will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 5, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| Name: | On behalf of: | E-mail address: |
|---|---|---|
| Byron Z Moldo | W Linc BP, LLC<br>Red Mountain Group Inc.<br>Red Mountain Retail Group Inc. | bmoldo@ecjlaw.com;<br>lpekrul@ecjlaw.com |
| Daniel J. Kessler | W Linc BP, LLC | dkessler@bkcglaw.com;<br>lwell@bkcglaw.com;<br>moberbeck@bkcglaw.com;<br>cvasquez@bkcglaw.com;<br>spettit@bkcglaw.com;<br>litclerk1@bkcglaw.com |
| Howard Camhi | W Linc BP, LLC<br>Red Mountain Group Inc.<br>Red Mountain Retail Group Inc. | hcamhi@ecjlaw.com |
| Marta C. Wade | Debtor | mwade@mcwadelaw.com |
| Michael D. Vanlochem | NISSAN-INFINITI LT. | janguiano@vandc.net |
| Ron Moroko | United States Trustee | ron.maroko@usdoj.gov |
| Sandford Frey | Debtor | sfrey@leechtishman.com |
| Tomas A Ortiz | Hanley Investment Group | tortiz@garrett-tully.com |
| Kenneth Miller | W Linc BP, LLC | kmiller@pmcos.com |

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) November 5, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Hon. Barry Russell<br>United States Bankruptcy Court<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 | 315 Arden, LLC<br>8950 W. Olympic Blvd., Suite 650<br>Beverly Hills, CA 90211 |
| Tzepah Zarmi<br>344 S. Almont Drive<br>Beverly Hills, CA 90211-3548 | Aaron B. Swerdlow<br>Glaser Weil<br>425 California Street<br>Suite 800<br>San Francisco, CA 94104 |
| Ron Maroko<br>915 Wilshire Blvd., Ste 1850<br>Los Angeles, CA 90017 | |

NOTICE OF HEARING ON MOTION OF COUNSEL OF RECORD TO WITHDRAW AS COUNSEL FOR REORGANIZED DEBTOR

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 5, 2018 | Sandford L. Frey | /s/ Sandford L. Frey |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

NOTICE OF HEARING ON MOTION OF COUNSEL OF RECORD TO WITHDRAW AS COUNSEL FOR
REORGANIZED DEBTOR